UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-3988-DMG (AS)** | Date | July 17, 2026 |
| Title | ***Teodulo de Jesus Hernandez v. Facility Administrator, Adelanto*** | Page | 1 of 1 |

Present: The Honorable CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REFERRING CASE TO THE FEDERAL PUBLIC DEFENDER TO CONSIDER APPOINTMENT OF COUNSEL**

Petitioner, an immigration detainee who is proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.

There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. The office of the Federal Public Defender for the Central District of California ("FPD") has indicated that it will review requests for appointment of counsel to represent *pro se* petitioners in immigration-related habeas corpus proceedings such as this one. Accordingly, the Court **REFERS** this case to the FPD for consideration of appointment of counsel for Petitioner. The FPD is **ORDERED** to file a response within **seven days** of this order, indicating whether the FPD will represent Petitioner in this matter, decline representation in this matter, or recommend appointment of CJA counsel. The Clerk of Court is **DIRECTED** to serve a copy of this order on the FPD.

**IT IS SO ORDERED**.

cc: FPD [ATTN: Jonathan_Aminoff@fd.org]