UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-3988-DMG (AS)** | Date | August 10, 2026 |
| Title | ***Teodulo De Jesus Hernandez v. Facility Administrator*** | Page | 1 of 2 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER STAYING REMOVAL PENDING RESOLUTION OF THIS LITIGATION**

On August 7, 2026, Respondents filed a notice of intended removal in this action. [Doc. # 15.] According to the notice and attached notification of removal, dated August 6, 2026, Petitioner is scheduled for transfer on August 12, 2026 to effectuate his removal. [Doc. # 15-2.] Attached to the notice is an immigration judge's order of removal, dated August 5, 2026, that indicates Petitioner waived his right to appeal that order. [Doc. # 15-1.]

Under the All Writs Act, a district court may "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651. Several courts have interpreted this to mean a "federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case." *Du v. Dept. of Homeland Sec.*, 3:25-cv-644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025); *see also Zheng v. Noem*, EDCV 26-0675 JGB (RAOx), 2026 WL 431141, at *1 (C.D. Cal. Feb. 13, 2026) (invoking the All Writs Act to "preserve the Court's jurisdiction pending a ruling in this matter, [and order] that Petitioner shall not be removed from the United States unless and until the Court orders otherwise"); *Aisara v. Marrero*, 26-cv-1432-BJC-BJW, 2026 WL 701593, at *1 (S.D. Cal Mar. 11, 2026) (finding a "limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application").

At this juncture, the Court has yet to rule on Petitioner's Habeas Petition and Motion for Preliminary Injunction, which raise legitimate issues related to Petitioner's detention. If Petitioner is removed, the Court will lose jurisdiction over this matter as it will become moot. Based on this, the Court exercises its powers pursuant to the All Writs Act to preserve its jurisdiction in this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-3988-DMG (AS)** | Date | August 10, 2026 |
| Title | ***Teodulo De Jesus Hernandez v. Facility Administrator*** | Page | 2 of 2 |

The Court therefore **ORDERS** as follows:

1. Respondents, and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, are hereby **ENJOINED AND RESTRAINED** from transferring Petitioner outside the Central District of California or removing him from the United States.

2. This Order shall remain in effect until this Court issues its order on the habeas petition or further Order of this Court, whichever comes first.

**IT IS SO ORDERED**.