**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEODULO DE JESUS HERNANDEZ,<br>Petitioner,<br>v.<br>FACILITY ADMINISTRATOR,<br>Respondent. | Case No. ED CV 26-3988-DMG (AS)<br><br>**JUDGMENT** |

The Court **DISMISSES** the 28 U.S.C. § 2241 habeas petition and **DENIES** the request for preliminary injunctive relief brought by Petitioner Teodulo De Jesus Hernandez, A No. 246-061-318.

**IT IS SO ORDERED.**

DATED: August 26, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE